| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Kolstein Music, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
11-2329418

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3505 Lake Lynda Dr.<br>Suite 200<br>Orlando, FL 32817 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Orange | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Kolstein Music, Inc.**     Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **Kolstein Music, Inc.**     Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____     Relationship _____
District _____     When _____     Case number, if known _____

**11. Why is the case filed in *this district*?** *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor **Kolstein Music, Inc.** _____ Case number (*if known*)_____
     _Name_

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|---|---|---|---|
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Kolstein Music, Inc.**   Case number (*if known*) _____
　　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/05/2025
　　　　　　　　MM / DD / YYYY

X _/s/ Manny Alvarez_____　　　**Manny Alvarez**
Signature of authorized representative of debtor　　Printed name

Title   **Sole Shareholder**

**18. Signature of attorney**

X  /s/ Daniel A. Velasquez　　　　　　　　　Date  06/08/2025
Signature of attorney for debtor　　　　　　　　　　　MM / DD / YYYY

**Daniel A. Velasquez 0098158**
Printed name

**Latham Luna Eden & Beaudine LLP**
Firm name

**201 S. Orange Avenue**
**Suite 1400**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone  **(407) 481-5800**　　Email address  **dvelasquez@lathamluna.com**

**0098158 FL**
Bar number and State

---

Official Form 201　　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　　page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Kolstein Music, Inc. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Andrew Wilson c/o Daniel M. Schiavetta, Jr. Murphy Higgins & Schiavetta PLLC 19 Halcyon Terrace New Rochelle, NY 10801 | | Trade Debt | Disputed | | | $45,000.00 |
| Angela Negron Admin of Emil Botti 1622 SE 29th Terrace Ocala, FL 34471 | | Trade Debt | | | | $20,000.00 |
| Danny & Kiriakis Ferderigos c/o James E Favero, III, Esq. 225 S. Swoope Ave, #215 Maitland, FL 32751 | | Trade Debt | | | | $22,800.00 |
| David Hercock 215 Hootan Rd. Mount Laurel, NJ 08054 | | Trade Debt | | | | $20,800.00 |
| Denise Imhof Monte 1 Plamento Drive Shirley, NY 11967 | | Trade Debt | | | | $36,760.00 |
| DTRS Essex House, LLC dba JW Marriott Essex House NY 153 West 58th Street New York, NY 10019 | | Lease Agreement | Disputed | | | $212,625.00 |
| Gustavo Grodnitzsky 1551 Larimer Street #2103 Denver, CO 80202 | | Trade Debt | | | | $11,025.00 |

Debtor **Kolstein Music, Inc.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Howard Core Company LLC**<br>**99 Symphony Way**<br>**Anniston, AL 36205** | | **Trade Debt** | | | | $11,822.65 |
| **James Fiordalisi**<br>**1122 Scholastic Circle**<br>**Durham, NC 27713** | | **Trade Debt** | | | | $22,625.00 |
| **John Martin Sheridan**<br>**5357 S. Elk Way**<br>**Aurora, CO 80016** | | **Trade Debt** | | | | $18,000.00 |
| **Justin Smith**<br>**4 Valley Path**<br>**Saint James, NY 11780** | | **Trade Debt** | | | | $20,000.00 |
| **Kolstein Associates Ltd.**<br>**Barry Kolstein**<br>**3000 Montgomery Street**<br>**Wantagh, NY 11793** | | **Trade Debt** | **Disputed** | | | $105,000.00 |
| **Marion Harowitz**<br>**180 Chestnut Dr.**<br>**Roslyn, NY 11576** | | **Trade Debt** | | | | $100,000.00 |
| **Marty Confurius**<br>**928 83rd St.**<br>**Glen Cove, NY 11542** | | **Trade Debt** | | | | $135,000.00 |
| **Nina Premselaar & Diana Krefting**<br>**Estate of Marvin Topolsky**<br>**32 Dundee Terrace**<br>**Freehold, NJ 07728** | | **Trade Debt** | | | | $42,478.00 |
| **Robert Chris Dahlgren**<br>**10997 Berlin Germany** | | **Trade Debt** | | | | $68,000.00 |
| **Sheri Berman**<br>**8 Pace Dr. South**<br>**West Islip, NY 11795** | | **Trade Debt** | | | | $10,500.00 |
| **Steve Capecci**<br>**56 Phesant Runee**<br>**Kinnelon, NJ 07405** | | **Trade Debt** | | | | $20,800.00 |
| **Yoshio Aomori**<br>**15 Woodville Ln.**<br>**Albertson, NY 11507** | | **Trade Debt** | | | | $65,000.00 |

Debtor **Kolstein Music, Inc.**   Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Yoshio Nagashima**<br>**3-4-15 Kitano-cho**<br>**Cyuou**<br>**Kobe, Japan**<br>**650-0002** | | **Trade Debt** | **Disputed** | | | **$300,000.00** |

# United States Bankruptcy Court
## Middle District of Florida

In re   **Kolstein Music, Inc.**  
Debtor(s)

Case No. _____  
Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Manny Alvarez**<br>3505 Lake Lynda Dr.<br>Suite 200<br>Orlando, FL 32817 | | **100%** | **Sole Shareholder** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole Shareholder** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   06/05/2025             Signature   _____  
                                           Manny Alvarez

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Middle District of Florida

In re   Kolstein Music, Inc.                                         Case No. _____
                          Debtor(s)                                  Chapter   __11_____

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Shareholder of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 06/05/2025

Manny Alvarez/Sole Shareholder
Signer/Title

Kolstein Music, Inc. - - Pg. 1 of 3

| | | |
|---|---|---|
| Kolstein Music, Inc.<br>3505 Lake Lynda Dr.<br>Suite 200<br>Orlando, FL 32817 | Britta Holvik<br>PO Box 455<br>Spofford, NH 03462 | Denise Imhof Monte<br>1 Plamento Drive<br>Shirley, NY 11967 |
| Daniel A. Velasquez<br>Latham Luna Eden & Beaudine LLP<br>201 S. Orange Avenue<br>Suite 1400<br>Orlando, FL 32801 | c/o Daniel M. Schiavetta, Jr.<br>Murphy Higgins & Schiavetta PLLC<br>19 Halcyon Terrace<br>New Rochelle, NY 10801 | DTRS Essex House, LLC<br>dba JW Marriott Essex House NY<br>153 West 58th Street<br>New York, NY 10019 |
| Adam Abeshouse<br>128 Manor Lane<br>Pelham, NY 10803 | c/o Daniel M. Schiavetta, Jr.<br>19 Halcyon Terrace<br>New Rochelle, NY 10801 | Estate of Chuck Kleilis<br>41 Harrison Ave<br>Brick, NJ 08724 |
| Alexander Grobe<br>4 Onlney Way<br>Stony Brook, NY 11790 | Carole Kraus<br>123 Kenneth Court<br>Amityville, NY 11701 | Gene Otto<br>332 Bedell Street<br>Freeport, NY 11520 |
| Andrea Maire<br>19 Plover Lane<br>Huntington, NY 11743 | Christopher Cook<br>16 Weathervane Hill<br>Westport, CT 06880 | Gerardo Rios<br>407 Dover Road<br>Toms River, NJ 08757 |
| Andrew Wilson<br>c/o Daniel M. Schiavetta, Jr.<br>Murphy Higgins & Schiavetta PLLC<br>19 Halcyon Terrace<br>New Rochelle, NY 10801 | Commercial Fire Security<br>PO Box 749<br>Freeport, NY 11520 | Gustavo Grodnitzsky<br>1551 Larimer Street<br>#2103<br>Denver, CO 80202 |
| Angela Negron<br>Admin of Emil Botti<br>1622 SE 29th Terrace<br>Ocala, FL 34471 | Dan Schiavetta, Jr.<br>Murphy Higgins & Schiavetta PLLC<br>19 Halcyon Terrace<br>New Rochelle, NY 10801 | Howard Core Company LLC<br>99 Symphony Way<br>Anniston, AL 36205 |
| Barrie Kolstein<br>c/o Russo & Gould, LLP<br>33 Whitehall Street<br>New York, NY 10004 | Danny & Kiriakis Ferderigos<br>c/o James E Favero, III, Esq.<br>225 S. Swoope Ave, #215<br>Maitland, FL 32751 | James Fiordalisi<br>1122 Scholastic Circle<br>Durham, NC 27713 |
| Bob Lee<br>351 East 51st St.<br>PH3C<br>New York, NY 10022 | David Hercock<br>215 Hootan Rd.<br>Mount Laurel, NJ 08054 | James Marcinkiewicz<br>188 Centerton Drive<br>Parsippany, NJ 07054 |

Kolstein Music, Inc. - - Pg. 2 of 3

James Turner
699 Roy Morgan Road
Carrollton, GA 30116

Kolstein Associates Ltd.
Barry Kolstein
3000 Montgomery Street
Wantagh, NY 11793

Maryanne Walling
29 Deal Road
Island Park, NY 11558

Jesse B. Schneider
Davis + Gilbert LLP
1675 Broadway
New York, NY 10019

Kolstein Instrument InventoryLLC
3000 Montgomery Street
Wantagh, NY 11793

Nina Premselaar & Diana Krefting
Estate of Marvin Topolsky
32 Dundee Terrace
Freehold, NJ 07728

John Martin Sheridan
5357 S. Elk Way
Aurora, CO 80016

Kolstein Realty LLC
3000 Montgomery Street
Wantagh, NY 11793

NYC Dept of Finance
59 Maiden Ln
28th Fl.
New York, NY 10038

Jonathan Marianer
1271 Decatur Street
Brooklyn, NY 11207

Linda Wheeler-Tomkiw
21 Southridge Dr.
Glen Cove, NY 11542

Odile/Juan Ros
9930 Cooper Beach Circle
Fredericksburg, VA 22407

Justin Smith
4 Valley Path
Saint James, NY 11780

Lisa Barreto
77 Magaw Place
West Babylon, NY 11704

Paolo Benedettini
235 W 146th Street
Apt 77B
New York, NY 10039

JW Marriott Essex House NY
c/o John Rieman
160 Central Park South
New York, NY 10019

Lou Capece
2555 North Jerusalem Rd.
East Meadow, NY 11554

Pioneer Shipping Logistics
309 Westbury Ave.
#92
Carle Place, NY 11514

Karen Tomma
6 Boulder Court
Highland Mills, NY 10930

Manny Alvarez
3505 Lake Lynda Dr.
Suite 200
Orlando, FL 32817

Randall Unger
123-60 83rd Ave.
Kew Gardens, NY 11415

Kenneth Cheng
346 Svahn Dr.
Valley Cottage, NY 10989

Marion Harowitz
180 Chestnut Dr.
Roslyn, NY 11576

Richard Shaw
2 Pine Tree Drive
Lebanon, NJ 08833

Kimberly Leighton
111 Towne Street
Apt 314
Stamford, CT 06902

Marty Confurius
928 83rd St.
Glen Cove, NY 11542

Robert Chris Dahlgren
10997 Berlin
Germany

Robert Sharon
100 Bradley Rd.
Madison, CT 06443

Taylor Ackley
43 Woodycrest Drive
Farmingville, NY 11738

Roger Bishton
278 North Atlanta Ave.
Massapequa, NY 11758

Technical Packaging Inc.
dba Gorden Paper Products
PO Box 504
Baldwin, NY 11510

Sally Means
36 Willow Ave.
Huntington, NY 11743

The Hartford Financial Services
PO Box 958457
Lake Mary, FL 32795

Sarah Wells
536 Ackerman Blvd.
Brightwaters, NY 11718

Tom Brennand
5976 West Potter Dr.
Glendale, AZ 85308

Sheri Berman
8 Pace Dr. South
West Islip, NY 11795

Yoshio Aomori
15 Woodville Ln.
Albertson, NY 11507

Southwest Cargo
PO Box 97390
Dallas, TX 75397

Yoshio Nagashima
3-4-15 Kitano-cho
Cyuou
Kobe, Japan 650-0002

Steve Capecci
56 Phesant Runee
Kinnelon, NJ 07405

Stuart Fourman
9 Melville Ct.
Stony Brook, NY 11790

Susan Hong
33 Aldgate Dr. E
Manhasset, NY 11030

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re **Kolstein Music, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **26,738.00** |
   | Prior to the filing of this statement I have received | $ **26,738.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 8, 2025**  
*Date*

**/s/ Daniel A. Velasquez**  
**Daniel A. Velasquez 0098158**  
*Signature of Attorney*  
**Latham Luna Eden & Beaudine LLP**  
**201 S. Orange Avenue**  
**Suite 1400**  
**Orlando, FL 32801**  
**(407) 481-5800  Fax: (407) 481-5801**  
**dvelasquez@lathamluna.com**  
*Name of law firm*